IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No.: 20-03637 |
| Jonathan Colon | ) | |
| | ) | Chapter 13 |
| | ) | |
| Debtor. | ) | Judge Carol A. Doyle |

NOTICE OF MOTION

TO:   Jonathan Colon, 9016 Keating Ave Apt 2A, Skokie, IL 60076 *via US mail*

Tom Vaughn *via ECF clerk's electronic delivery system*

U.S. Trustee, 219 S. Dearborn Suite 873, Chicago, IL 60604 *via ECF clerk's electronic delivery system*

*See attached service list*

PLEASE TAKE NOTICE that on **February 25, 2020 at 9:30 am** I shall appear before the Honorable Carol A. Doyle at the Dirksen Federal Court, 219 S. Dearborn, Courtroom 742, Chicago, Illinois, 60604 or any judge presiding and then and there present the **Motion**, a copy of which is attached hereto.

By:   */s/ David H. Cutler*
David H. Cutler, esq.,

CERTIFICATE OF SERVICE

I, David H. Cutler, hereby certify that I caused to be served, electronically or through U.S. Mail, a copy of the foregoing Notice upon the parties named above on February 14, 2020 before the hour of 5:00 p.m.

By:   /s/ *David H. Cutler*
David H. Cutler
Counsel for Debtor(s)
Cutler & Associates, Ltd.
4131 Main St,
Skokie, IL 60076
Phone: (847) 673-8600

1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No.:  20-03637 |
| Jonathan Colon | ) | |
| | ) | Chapter 13 |
| | ) | |
| Debtor(s) | ) | Judge Carol A. Doyle |

## MOTION TO EXTEND STAY THE AUTOMATIC STAY

NOW COMES the Debtor, Jonathan Colon, by and through his attorneys, the law office of CUTLER & ASSOCIATES, LTD., and in support of his Motion, states as follows:

1) The Court has jurisdiction over the proceeding pursuant to 28 USC 1334 and the is a "core proceeding" under 28 USC 157(b)(2).

2) The Debtor filed for relief under Chapter 13 of the United States Bankruptcy Code on February 09, 2020.

3) The Debtor proposed a plan that will repay 83% to his general unsecured creditors with a payment of $935 for 60 months.

4) The Debtor had a prior Chapter 13 case, that was dismissed on December 3, 2019 Case No: 19-04705, within a year of filing, due to the Trustees motion to dismiss for failure to make plan payments.

5) In the prior case, Debtor lost his job at the end of August 2019 and had no income for over 2 months and he fell behind on his living expenses and Trustee payments and could not get caught up.

6) In the instant case, Debtor is working and his income is secure enabling him to be able to make his plan payments.

7) In the instant case, Debtor's monthly expenses are manageable allowing him to afford his plan payments.

8) In the instant case, Debtor has had a positive change in circumstances, he is working, his income is steady, his monthly expenses are manageable and he can afford the Trustee payments in a feasible Chapter 13 plan and Debtor asks that the automatic stay be extended in his case.

9) Debtor has provided this Honorable Court with an affidavit of change and income and expense schedules, see attached Affidavit and schedules I and J from his previous Chapter 13 bankruptcy case, and the schedules I and J from his current Chapter 13 bankruptcy case. See Affidavit and Exhibits A and B respectively.

WHEREFORE, the Debtor prays that the Honorable Court enter an Order Extending the Automatic Stay, and for such further relief that the Honorable Court may deem just and proper.

Dated: 2/14/2020                                        Respectfully Submitted,

                                        By:    */s/ David H. Cutler*
                                               David H. Cutler, esq.,
                                               Counsel for Debtor(s)
                                               Cutler & Associates, Ltd.
                                               4131 Main St,
                                               Skokie, IL 60076
                                               Phone: (847) 673-8600